CONFORMED COPIES

1   Audra M. Mori (State Bar No. 162850)
2   Amori@perkinscoie.com
    Katherine M. Dugdale (State Bar No. 168014)
3   Kdugdale@perkinscoie.com
    PERKINS COIE LLP
4   1888 Century Park East, Suite 1700
5   Los Angeles, California 90067
    Tel: (310) 788-9900; Fax: (310) 788-3399
6

7   Attorneys for Plaintiff MICROSOFT CORPORATION

8

9                  **UNITED STATES DISTRICT COURT**

10                 **CENTRAL DISTRICT OF CALIFORNIA**

11

12  MICROSOFT CORPORATION, a         Case No. CV10 0963 PA (AGRx)
    Washington corporation,
13
                                     COMPLAINT FOR:
14              Plaintiff,
                                     (1) COPYRIGHT INFRINGEMENT;
15       v.                          (2) FEDERAL TRADEMARK
                                     INFRINGEMENT;
16  NANO ELECTRONICS,                (3) FALSE DESIGNATION OF
    INCORPORATED, a California       ORIGIN, FALSE DESCRIPTION
17  corporation d/b/a COMPLETE       AND FALSE REPRESENTATION;
    COMPUTER CURE; RAHIM             (4) COMMON LAW UNFAIR
18  BIDGOLI, an individual, and BEHZAD   COMPETITION;
    TOUBIAN, an individual a/k/a BEN  (5) IMPOSITION OF A
19                                   CONSTRUCTIVE TRUST; AND
    TOUBIAN,                         (6) AN ACCOUNTING
20

21              Defendants.

22

23                      **COMPLAINT**

24
         This is an action by Microsoft Corporation ("Microsoft") to recover damages
25
    arising from infringement of Microsoft's copyrights and trademarks in its software
26
    by Nano Electronics, Incorporated, a California corporation d/b/a Complete
27
    Computer Cure; Rahim Bidgoli, an individual; and Behzad Toubian, an individual
28

STAMP (right margin): 2010 FEB. 9 PM 1:30  CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES  FILED

a/k/a Ben Toubian (collectively "Defendants") and to enjoin Defendants' future infringement. Defendants have infringed Microsoft's copyrights and trademarks, violated the Lanham Act by falsely designating the origin of software, and engaged in unfair competition. Microsoft seeks damages, an accounting, the imposition of a constructive trust upon Defendants' illegal profits, and injunctive relief.

## THE PARTIES

1.    Microsoft is a Washington corporation with its principal place of business located at One Microsoft Way, Redmond, Washington. Microsoft develops, markets, distributes and licenses computer software.

2.    Upon information and belief, defendant Nano Electronics, Incorporated, is a California corporation doing business as Complete Computer Cure in Sherman Oaks, California ("Nano Electronics"). Upon information and belief, Nano Electronics is engaged in the advertising, marketing, and distribution of computer hardware and software, including purported Microsoft software.

3.    Upon information and belief, defendant Rahim Bidgoli, an individual, is an officer, shareholder, manager and/or director of, or owns, operates, or otherwise controls Nano Electronics. Upon information and belief, Rahim Bidgoli resides and transacts substantial business in this district. Upon information and belief, Rahim Bidgoli (a) personally participated in and/or had the right and ability to direct and control the wrongful conduct alleged in this Complaint, and (b) derived direct financial benefit from that wrongful conduct.

4.    Upon information and belief, defendant Behzad Toubian, an individual who is also know as Ben Toubian, is an officer, shareholder, manger and/or director of, or owns, operates, or otherwise controls Nano Electronics. Upon information and belief, Behzad Toubian a/k/a Ben Toubian resides and transacts substantial business in this district. Upon information and belief, Behzad Toubian a/k/a Ben Toubian (a) personally participated in and/or had the right and ability to direct and

2

1  control the wrongful conduct alleged in this Complaint, and (b) derived direct
2  financial benefit from that wrongful conduct.

### JURISDICTION

4      5.    This Court has subject matter jurisdiction over Microsoft's claims for
5  trademark infringement, copyright infringement and related claims pursuant to 15
6  U.S.C. § 1121, 17 U.S.C. § 501, 28 U.S.C. §§ 1331 and 1338(a).

7      6.    This Court has supplemental jurisdiction over Microsoft's claims
8  arising under the laws of the State of California pursuant to 28 U.S.C. § 1367(a)
9  because these claims are so related to Microsoft's claims under federal law that they
10  form part of the same case or controversy and derive from a common nucleus of
11  operative fact.

### VENUE

13      7.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and
14  § 1400(a) because (a) the acts of infringement and other wrongful conduct alleged
15  occurred in the Central District of California; (b) the Defendants may be found in
16  the Central District of California; and (c) Defendants have a sufficient connection
17  with the Central District of California to make venue proper in this district, all as
18  alleged in this Complaint.

### FACTS COMMON TO ALL CLAIMS

20      8.    Microsoft develops, advertises, markets, distributes, and licenses a
21  number of computer software programs.  Microsoft's software programs are
22  recorded on magnetic diskettes and/or CD-ROMs, and they are packaged and
23  distributed together with associated proprietary materials such as user's guides,
24  user's manuals, end user license agreements, certificates of authenticity, and other
25  related components.

26      9.    <u>Microsoft Windows XP Professional</u>:  Microsoft has developed,
27  advertises, markets, distributes, and licenses a software package known as Microsoft
28  Windows XP Professional ("Windows XP Pro").  Windows XP Pro is an operating

3

1    system for desktop and laptop systems.  It performs a number of computer-related
2    operations including, but not limited to, providing support for various applications
3    and allowing remote access to data and applications stored on Windows XP Pro
4    desktops from network connections.  Microsoft holds a valid copyright in Windows
5    XP Pro (including user's reference manuals, user's guides, and screen displays) that
6    was duly and properly registered with the United States Copyright Office.  A true
7    and correct copy of the Registration Certificate for Microsoft Windows XP Pro,
8    bearing the number TX 5-407-055, is attached hereto as Exhibit 1 and is
9    incorporated by reference.

10         10.    Microsoft has also duly and properly registered a number of trademarks
11    and a service mark in the United States Patent and Trademark Office on the
12    Principal Register, including, but not limited to:

13         A.    "MICROSOFT," Trademark and Service Mark Registration
14               No. 1,200,236, for computer programs and computer
15               programming services;

16         B.    "MICROSOFT," Trademark Registration No. 1,256,083,
17               for computer hardware and software manuals, newsletters,
18               and computer documentation;

19         C.    WINDOWS, Trademark Registration No. 1,872,264 for
20               computer programs and manuals sold as a unit;

21         D.    COLORED FLAG DESIGN, Trademark Registration No.
22               2,744,843, for computer software.

23    True and correct copies of the Trademark Registrations for A through D
24    above are attached hereto as Exhibits 2 through 5, respectively, and are incorporated
25    herein by reference.

26    / / /
27    / / /
28    / / /

## Defendants' Infringement

11.    Defendants are engaged in the advertising, marketing, and distribution of computer software, including software covered by Microsoft's registered copyrights and bearing Microsoft's registered trademarks or imitations thereof.

12.    On or about January 23, 2004, Microsoft brought suit against Defendants for their infringement of Microsoft's copyrights and trademarks and other related claims (<u>Microsoft Corporation v. Nano Electronics, Inc., et al.</u>, United States District Court for the Central District of California, Case No. CV 04-0448 ABC (AJWx)).

13.    In February 2005, the Defendants stipulated to a Permanent Injunction. The Court entered the Stipulated Permanent Injunction on March 1, 2005. The Stipulated Permanent Injunction prohibits the Defendants, their successors, and all those acting in concert or participation with them, from, among other things, infringing Microsoft's trademarks and copyrights.

14.    Notwithstanding the Stipulated Permanent Injunction, Defendants continue to infringe Microsoft's copyrights and trademarks. In or about November 2009, Defendants distributed to an investigator two refurbished computer systems with infringing Windows XP Pro software.

15.    On information and belief, this is not an isolated incident. On information and belief, Defendants have been and continue to be involved in advertising, marketing, installing and/or distributing infringing copies of Microsoft's software to unidentified persons or entities. On information and belief, Defendants' distributions of purported Microsoft software are the result of Defendants' advertising and marketing the availability of such materials.

16.    On information and belief, Defendants' wrongful conduct includes the advertising, marketing, installing, and/or distribution of "infringing materials," specifically reproductions, copies, or colorable imitations of Microsoft's copyrighted

41826-5023/LEGAL17669958.1

1  materials and/or the Microsoft trademarks, logos, and service mark described in this

2  Complaint.

3       17.   On information and belief, Defendants have committed and are

4  continuing to commit acts of copyright and trademark infringement against

5  Microsoft.  On information and belief, at a minimum, Defendants were willfully

6  blind and acted in reckless disregard of Microsoft's registered copyrights and marks.

7       18.   On information and belief, Microsoft has been harmed by the

8  advertising activities, including the unauthorized use of Microsoft's copyright

9  protected material, and the unauthorized use of Microsoft's marks to describe the

10  items that Defendants are distributing.  Through this conduct, Defendants have

11  misappropriated Microsoft's advertising ideas and style of doing business and have

12  infringed Microsoft's copyrights, titles, and slogans.

13       19.   On information and belief, the injuries and damages that Microsoft has

14  sustained have been directly and proximately caused by Defendants' advertising,

15  including the wrongful misappropriation of Microsoft's advertising ideas and style

16  of doing business and infringement of Microsoft's copyrights, titles, and slogans.

17  **First Claim**

18  **[Copyright Infringement -- 17 U.S.C. § 501, et seq.]**

19  **Against Defendants**

20       20.   Microsoft realleges, and incorporates by this reference, each and every

21  allegation set forth in paragraphs 1 through 19, inclusive.

22       21.   Microsoft is the sole owner of Microsoft Windows XP Pro, and the

23  corresponding Certificate of Registration.

24       22.   Defendants have infringed the copyrights in Microsoft's software,

25  including but not limited to Microsoft Windows XP Pro software, by distributing

26  infringing materials in the United States of America without approval or

27  authorization from Microsoft.

28

41826-5023/LEGAL17669958.1

1    23.    Defendants' conduct has been willful within the meaning of the
2    Copyright Act.  At a minimum, Defendants acted with willful blindness to and in
3    reckless disregard of Microsoft's registered copyrights.

4    24.    As a result of the wrongful conduct, Defendants are liable to Microsoft
5    for copyright infringement.  17 U.S.C. § 501.  Microsoft has suffered damages.
6    Microsoft has suffered, and will continue to suffer, substantial losses, including, but
7    not limited to, damage to its business reputation and goodwill.  Microsoft is entitled
8    to recover damages, which include its losses and any and all profits Defendants have
9    made as a result of their wrongful conduct.  17 U.S.C. § 504.  Alternatively,
10    Microsoft is entitled to statutory damages under 17 U.S.C. § 504(c).

11    25.    In addition, because Defendants' infringement has been willful within
12    the meaning of the Copyright Act, the award of statutory damages should be
13    enhanced in accordance with 17 U.S.C. § 504(c)(2).

14    26.    Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. §
15    502 and to an order impounding any and all infringing materials pursuant to 17
16    U.S.C. § 503.  Microsoft has no adequate remedy at law for Defendants' wrongful
17    conduct because, among other things, (a) Microsoft's copyrights are unique and
18    valuable property which have no readily determinable market value, (b) Defendants'
19    infringement harms Microsoft's business reputation and goodwill such that
20    Microsoft could not be made whole by any monetary award, and (c) Defendants'
21    wrongful conduct, and the resulting damage to Microsoft, is continuing.

22    27.    Microsoft is also entitled to recover its attorneys' fees and costs of suit.
23    17 U.S.C. § 505.

24                              **Second Claim**
25        **[Federal Trademark Infringement – 15 U.S.C. § 1114]**
26                            **Against Defendants**
27    28.    Microsoft realleges, and incorporates by this reference, each and every
28    allegation set forth in paragraphs 1 through 27, inclusive.

7

41826-5023/LEGAL17669958.1

29.    Defendants' activities constitute infringement of Microsoft's federally registered trademarks and service mark in violation of the Lanham Trademark Act, including but not limited to 15 U.S.C. § 1114(1).

30.    Because Microsoft has marketed, advertised, promoted, distributed, and licensed its software under the trademarks and service mark described in this Complaint, these trademarks and service mark are the means by which Microsoft's software is distinguished from those of others in the same field or related fields.

31.    Because of Microsoft's long, continuous, and exclusive use of these trademarks and service mark, they have come to mean, and are understood by customers, end users, and the public to signify software of Microsoft.

32.    The infringing materials that Defendants have and are continuing to use, market, offer, or distribute are likely to cause confusion, mistake, or deception as to their source, origin, or authenticity.

33.    Further, Defendants' activities are likely to lead the public to conclude, incorrectly, that the infringing materials that Defendants are using, advertising, marketing, offering, or distributing originate with or are authorized by Microsoft, to the damage and harm of Microsoft, its licensees, and the public.

34.    Upon information and belief, Defendants used, advertised, marketed, offered or distributed infringing material with the willful and calculated purposes of misleading, deceiving, or confusing customers and the public as to the origin and authenticity of the infringing materials and of trading upon Microsoft's goodwill and business reputation.

35.    Defendants' conduct has been willful within the meaning of the Lanham Act. At a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's registered marks.

36.    As a result of their wrongful conduct, Defendants are liable to Microsoft for trademark infringement. 15 U.S.C. § 1114(1). Microsoft has suffered, and will continue to suffer, substantial losses, including, but not limited to,

1   damage to its business reputation and goodwill. Microsoft is entitled to recover

2   damages, which include its losses, and any and all profits Defendants have made as

3   a result of their wrongful conduct. 15 U.S.C. § 1117(a). Alternatively, Microsoft is

4   entitled to statutory damages under 15 U.S.C. § 1117(c).

5      37.    In addition, because Defendants' infringement of Microsoft's

6   trademarks and service mark was willful, the award of actual damages and profits

7   should be trebled pursuant to 15 U.S.C. §1117(b). Alternatively, the award of

8   statutory damages should be enhanced in accordance with 15 U.S.C. § 1117(c)(2).

9      38.    Microsoft is also entitled to injunctive relief pursuant to 15 U.S.C. §

10  1116(a) and to an order compelling the impounding of all infringing materials being

11  used, offered, marketed, or distributed by Defendants pursuant to 15 U.S.C. § 1116,

12  subsections (a) and (d)(1)(A), and pursuant to 28 U.S.C. § 1651. Microsoft has no

13  adequate remedy at law for Defendants' wrongful conduct because, among other

14  things, (a) Microsoft's trademarks and service mark are unique and valuable

15  property which have no readily determinable market value, (b) Defendants'

16  infringement constitutes harm to Microsoft's business reputation and goodwill such

17  that Microsoft could not be made whole by any monetary award, (c) if Defendants'

18  wrongful conduct is allowed to continue, the public is likely to become further

19  confused, mistaken, or deceived as to the source, origin or authenticity of the

20  infringing materials, and (d) Defendants' wrongful conduct, and the resulting

21  damage to Microsoft, is continuing.

22     39.    Microsoft is also entitled to recover its attorneys' fees and costs of suit.

23  15 U.S.C. § 1117.

24  ///

25  ///

26  ///

27  ///

28  ///

41826-5023/LEGAL17669958.1

### Third Claim

**[False Designation Of Origin, False Description And Representation Of Microsoft Packaging--15 U.S.C. § 1125 et seq.]**
**Against Defendants**

40.    Microsoft realleges, and incorporates by this reference, each and every allegation set forth in paragraphs 1 through 39, inclusive.

41.    Microsoft has designed distinctive and aesthetically pleasing displays, logos, icons, graphic images, and packaging (collectively, "Microsoft visual designs") for its software.

42.    Defendants' wrongful conduct includes the use, advertising, marketing, offering, or distribution of "imitation visual designs," specifically displays, logos, icons, graphic designs, and/or packaging virtually indistinguishable from Microsoft visual designs.  Defendants' use, advertising, marketing, offering, or distribution of imitation visual designs constitutes (a) false designation of origin, (b) false description, and (c) false representation that the imitation visual images originate from or are authorized by Microsoft, all in violation of § 43(a) of the Lanham Trademark Act, set forth at 15 U.S.C. § 1125(a).

43.    Upon information and belief, Defendants used, advertised, marketed, offered, or distributed imitation visual designs with the willful and calculated purposes of misleading, deceiving, or confusing customers and the public as to the origin and authenticity of the imitation visual designs and of trading upon Microsoft's goodwill and business reputation.

44.    Defendants' use, advertising, marketing, offering, and distribution of imitation visual designs are likely to continue unless restrained and enjoined.

45.    As a result of Defendants' use, marketing, offering, and distribution of imitation visual designs, Microsoft has suffered and will continue to suffer damage and losses, including, but not limited to, irreparable injury to its business reputation and goodwill.  Microsoft is entitled to injunctive relief and to an order compelling

10

1    the impounding of all imitation visual designs being used, offered, marketed, or

2    distributed by Defendants. Microsoft has no adequate remedy at law for

3    Defendants' wrongful conduct because, among other things, (a) Microsoft's visual

4    designs are unique and valuable property which have no readily determinable

5    market value, (b) Defendants' use, marketing, or distribution of imitation visual

6    designs constitutes harm to Microsoft's business reputation and goodwill such that

7    Microsoft could not be made whole by any monetary award, and (c) Defendants'

8    wrongful conduct, and the resulting damage to Microsoft, is continuing.

### Fourth Claim

#### [California Common Law Unfair Competition]
#### Against Defendants

9
10
11

12    46.    Microsoft realleges, and incorporates by this reference, each and every

13    allegation set forth in paragraphs 1 through 45, inclusive.

14    47.    The acts and conduct of Defendants as alleged above in this Complaint

15    constitute unfair competition pursuant to the common law of California.

16    48.    Defendants' acts and conduct are likely to confuse the public into

17    believing that the items being offered or distributed by Defendants are sponsored,

18    approved or authorized by Microsoft in violation of Microsoft's rights under the

19    common law of unfair competition of the State of California.

20    49.    Defendants' acts and conduct as alleged above have damaged and will

21    continue to damage Microsoft's goodwill and reputation and have resulted in losses

22    to Microsoft and an illicit gain of profit to Defendants in an amount unknown at the

23    present time.

### Fifth Claim

#### [For Imposition Of A Constructive Trust Upon The
#### Illegal Profits Of All Defendants]
#### Against Defendants

24
25
26

27    50.    Microsoft realleges, and incorporates by this reference, each and every

28    allegation set forth in paragraphs 1 through 49, inclusive.

11

51.     Defendants' conduct constitutes deceptive, fraudulent, and wrongful conduct in the nature of passing off the infringing materials as genuine Microsoft software or related components approved or authorized by Microsoft.

52.     By virtue of their wrongful conduct, Defendants have illegally received money and profits that rightfully belong to Microsoft.

53.     Upon information and belief, Defendants hold the illegally received money and profits in the form of bank accounts, real property, or personal property that can be located and traced.

54.     Defendants hold the money and profits they have illegally received as constructive trustees for the benefit of Microsoft.

### Sixth Claim

### [Accounting]
### Against Defendants

55.     Microsoft realleges, and incorporates by this reference, each and every allegation set forth in paragraphs 1 through 54, inclusive.

56.     Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to recover any and all profits of Defendants that are attributable to their acts of infringement.

57.     Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to actual damages or statutory damages sustained by virtue of Defendants' acts of infringement.

58.     The amount of money due from Defendants to Microsoft is unknown to Microsoft and cannot be ascertained without a detailed accounting by Defendants of the precise number of units of infringing material offered for distribution and distributed by Defendants.

### PRAYER

WHEREFORE, Microsoft respectfully requests judgment against the Defendants as follows:

41826-5023/LEGAL17669958.1

(1)    That the Court enter a judgment against Defendants as indicated below:

     (a)    that Defendants have willfully infringed Microsoft's rights in the following federally registered copyright under 17 U.S.C. § 501:  TX 5-407-055 ("Windows XP Professional");

     (b)    that Defendants have willfully infringed Microsoft's rights in the following federally registered trademarks and service mark under 15 U.S.C. § 1114:

          (1)    1,200,236 ("MICROSOFT");

          (2)    1,256,083 ("MICROSOFT");

          (3)    1,872,264 ("WINDOWS");

          (4)    2,744,843 (COLORED FLAG DESIGN);

     (c)    that Defendants have committed and are committing acts of false designation of origin, false or misleading description of fact, and false or misleading representation against Microsoft as defined in 15 U.S.C. § 1125(a);

     (d)    that Defendants have engaged in unfair competition in violation of the common law of the State of California; and

     (e)    that Defendants have otherwise injured the business reputation and business of Microsoft by Defendants' acts and conduct set forth in this Complaint.

(2)    That the Court issue injunctive relief against Defendants, and that Defendants, their principals, directors, officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with Defendants, be enjoined and restrained from:

     (a)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, and/or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

          (1)    1,200,236 ("MICROSOFT");

          (2)    1,256,083 ("MICROSOFT");

41826-5023/LEGAL17669958.1

1               (3)    1,872,264 ("WINDOWS");

2               (4)    2,744,843 (COLORED FLAG DESIGN);

3 or the software and/or related components protected by the following Certificate of

4 Copyright Registration No.: TX 5-407-055 ("Windows XP Professional");

5 and any other works now or hereafter protected by any Microsoft trademark or

6 copyright;

7          (b)    manufacturing, assembling, producing, distributing, offering for

8 distribution, circulating, selling, offering for sale, advertising, importing, promoting,

9 or displaying any software program, component and/or item bearing any simulation,

10 reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's

11 registered trademarks, service mark, or copyrights, including, but not limited to, the

12 Trademark, Service Mark, and Copyright Registration Numbers listed in Section

13 (2)(a) above;

14          (c)    using any simulation, reproduction, counterfeit, copy, or

15 colorable imitation of Microsoft's registered trademarks, service mark, or copyright

16 including, but not limited to, the Trademark, Service Mark, and Copyright

17 Registration Numbers listed in Section (2)(a) above, in connection with the

18 manufacture, assembly, production, distribution, offering for distribution,

19 circulation, sale, offering for sale, import, advertisement, promotion, or display of

20 any software program, component, and/or item not authorized or licensed by

21 Microsoft;

22          (d)    using any false designation of origin or false description which

23 can or is likely to lead the trade or public or individuals, erroneously to believe that

24 any software program, component, and/or item has been manufactured, assembled,

25 produced, distributed, offered for distribution, circulation, sold, offered for sale,

26 imported, advertised, promoted, displayed, licensed, sponsored, approved, or

27 authorized by or for Microsoft, when such is not true in fact;

28

41826-5023/LEGAL17669958.1

1          (e)     engaging in any other activity constituting an infringement of

2   any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's

3   rights in, or right to use or to exploit these trademarks, service mark, and/or

4   copyrights; and

5          (f)     assisting, aiding, or abetting any other person or business entity

6   in engaging in or performing any of the activities referred to in subparagraphs (a)

7   through (e) above.

8      (3)    That the Court enter an order declaring that Defendants hold in trust, as

9   constructive trustees for the benefit of Microsoft, their illegal profits obtained from

10  their distribution of infringing copies of Microsoft's software, and requiring

11  Defendants to provide Microsoft a full and complete accounting of all amounts due

12  and owing to Microsoft as a result of Defendants' illegal activities.

13     (4)    That the Court order Defendants to pay Microsoft's damages as

14  follows:

15          (a)    Microsoft's damages and Defendants' profits pursuant to

16                 17 U.S.C. § 504(b), or in the alternative, statutory damages

17                 pursuant to 17 U.S.C. § 504(c), for Defendants' infringement of

18                 Microsoft's copyrights;

19          (b)    Microsoft's damages and Defendants' profits pursuant to

20                 15 U.S.C. § 1117(a), trebled pursuant to 15 U.S.C. § 1117(b) for

21                 Defendants' willful violation of Microsoft's registered

22                 trademarks and service mark, or in the alternative statutory

23                 damages pursuant to 15 U.S.C. § 1117(c) for each counterfeit

24                 mark; and

25          (c)    Microsoft's damages and Defendants' profits pursuant to

26                 California common law;

27

28

41826-5023/LEGAL17669958.1

1      (5)    That the Court order Defendants to pay to Microsoft both the costs of

2  this action and the reasonable attorneys' fees incurred by it in prosecuting this

3  action; and

4      (6)    That the Court grant to Microsoft such other and additional relief as is

5  just and proper.

6

7      DATED:  February 9, 2010.

8

9                 **PERKINS COIE LLP**

10

11            By  _____

12                 Katherine M. Dugdale

                      Attorneys for Plaintiff

13                 MICROSOFT CORPORATION

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

41826-5023/LEGAL17669958.1

**EXHIBIT 1**

06/03/02  MON 13:45  FAX 42...

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-407-055**

EFFECTIVE DATE OF REGISTRATION

**Nov. 6, 2001**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS WORK ▼
Microsoft Windows XP Professional

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**  NAME OF AUTHOR ▼
**a**  Microsoft Corporation

| | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born ▼    Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**b**  NAME OF AUTHOR ▼

| | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born ▼    Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

| | DATES OF BIRTH AND DEATH |
|---|---|
| | Year Born ▼    Year Died ▼ |

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**  **a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2001 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month▶ 10   Day▶ 25   Year▶ 2001
U.S.A.  ◀ Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 0.6 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 0.6 2001
FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

Exhibit 1 Page 17

06/03/02  MON 13:40  FAX

EXAMINED BY _Tms_

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TX 5-036-257     **Year of Registration** ▼ 2000

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a.    Previous version & files copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b.    Additional programming text, additional written text, and editorial revisions

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼

a.    Microsoft Corporation     **Account Number** ▼ DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b.    Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 936-9104     Fax number ▶ (425) 936-7329

Email ▶ judywn@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Microsoft Corporation**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston     **Date** ▶ November 5, 2001

Handwritten signature (X) ▼

**8**

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

**Mail
certificate
to:**

**Name** ▼
Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs

**Certificate
will be
mailed in
window
envelope**

Number/Street/Apt ▼
One Microsoft Way

City/State/ZIP ▼
Redmond, WA 98052

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1998—65,000

PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/40,050

Exhibit 1 Page 18

**EXHIBIT 2**

Int. Cls.: 9 and 42

Prior U.S. Cls.: 26, 38 and 101

## United States Patent and Trademark Office

Reg. No. 1,200,236
Registered Jul. 6, 1982

### TRADEMARK
### SERVICE MARK
Principal Register

# MICROSOFT

Microsoft (partnership)
Suite 819
10800 NE. 8th
Bellevue, Wash. 98004

For: COMPUTER PROGRAMS, in CLASS 9 (U.S. Cls. 26 and 38).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.
For: COMPUTER PROGRAMMING SER-

VICES, in CLASS 42 (U.S. Cl. 101).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.

Ser. No. 236,080, filed Oct. 22, 1979.

B. H. VERTIZ, Primary Examiner

CHERYL LYNNE HENDERSON, Examiner

### Certificate of Correction

Registered July 6, 1982                Registration No. 1,200,236

Microsoft Corporation, by change of name and assignment from Microsoft

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the statement, column 1, before line 1, *Microsoft Corporation (Washington corporation), 10700 Northup Way, Bellevue, Wash. 98004, by change of name and assignment from* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 3rd day of April 1984.



Attest:

Exhibit 2 Page 19

**EXHIBIT 3**

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,256,083
Registered Nov. 1, 1983

### TRADEMARK
**Principal Register**

# MICROSOFT

Microsoft Corporation (Washington corporation)
10700 Northup Way
Bellevue, Wash. 98004

For: COMPUTER HARDWARE AND SOFT-
WARE MANUALS; NEWSLETTER FEATUR-
ING INFORMATION ABOUT COMPUTER
HARDWARE AND SOFTWARE AND GENER-
AL INFORMATION RELATING TO COMPUT-
ERS FOR MANUFACTURERS, DISTRIBUTORS,
AND USERS OF COMPUTERS AND COMPUT-
ER SOFTWARE; AND COMPUTER DOCUMEN-
TATION—NAMELY, REFERENCE, USER,
INSTRUCTIONAL, AND GENERAL UTILITIES
MANUALS AND DATA SHEETS FOR COM-
PUTER HARDWARE AND SOFTWARE USERS,
in CLASS 16 (U.S. Cl. 38).

First use Nov. 1975; in commerce Nov. 1975.

Ser. No. 373,992, filed Jul. 12, 1982.

J. H. WEBB, Examining Attorney

Exhibit 3 Page 20

**EXHIBIT 4**



Int. Cl.: 9

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,872,264
Registered Jan. 10, 1995

### TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS AND MANUALS SOLD AS A UNIT; NAMELY, GRAPHICAL OPERATING ENVIRONMENT PROGRAMS FOR MICROCOMPUTERS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 10–18–1983; IN COMMERCE 10–18–1983.

SEC. 2(F).

SER. NO. 74–090,419, FILED 8–20–1990.

ESTHER BELENKER, EXAMINING ATTORNEY

Exhibit 4 Page 21

**EXHIBIT 5**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,744,843

Registered July 29, 2003

## TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, OPERATING SYSTEM PROGRAMS AND UTILITIES, WORD PROCESSING PROGRAMS, ADDRESS BOOK PROGRAMS, CALCULATOR PROGRAMS, TERMINAL EMULATION PROGRAMS, PROGRAMS FOR DOWNLOADING AND PLAYING AUDIO AND VIDEO, PROGRAMS FOR MANAGING COMPUTER POWER SUPPLIES, PROGRAMS FOR USE IN TRANSMITTING DATA BETWEEN COMPUTERS AND OTHER ELECTRONIC DEVICES, COMPUTER MAINTENANCE PROGRAMS, PROGRAMS FOR PROVIDING ENHANCED SPECIAL EFFECTS WHILE RUNNING GAME PROGRAMS, PROGRAMS FOR USE IN ACCESSING AND PLAYING CDS AND DVDS, BROWSER PROGRAMS, ACCESSIBILITY PROGRAMS TO MAKE COMPUTERS MORE USEFUL FOR PERSONS WITH DISABILITIES; PAINT PROGRAMS, NAMELY, COMPUTER SOFTWARE FOR USE IN CREATING, EDITING AND COLORING DRAWINGS; ELECTRONIC MAIL PROGRAMS; PROGRAMS FOR ELECTRONIC CONFERENCING; COMPUTER SOFTWARE FOR PLAYING VIDEO AND ELECTRONIC GAMES AND COMPUTER GAMES; USER MANUALS THEREFOR SOLD AS A UNIT THEREWITH; COMPUTERS; COMPUTER HARDWARE; AND FULL LINE OF COMPUTER APPLICATION PROGRAMS; COMPUTER PERIPHERALS; COMPU-

TER MICE AND POINTING DEVICES; HAND HELD COMPUTERS; DVD PLAYERS; DIGITAL CELLULAR PHONES; BLANK SMART CARDS, NAMELY, ENCODED ELECTRONIC CHIP CARDS CONTAINING PROGRAMMING FOR VARIOUS BUSINESS AND TECHNICAL FUNCTIONS; COMMUNICATION SERVERS, AND COMPUTER APPLICATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE THEREWITH; COMPUTER PROGRAMS FOR MANAGING COMMUNICATIONS AND DATA EXCHANGE BETWEEN COMPUTERS AND ELECTRONIC DEVICES; VIDEO GAME MACHINES FOR USE WITH TELEVISIONS AND COMPUTERS, AND OPERATING SYSTEM SOFTWARE FOR USE THEREWITH; OPERATING SYSTEM SOFTWARE FOR USE IN PLAYING ELECTRONIC GAMES; COMPUTER HARDWARE AND PERIPHERALS; COMPUTER KEYBOARDS; COMPUTER AND VIDEO GAME JOYSTICKS; VIDEO GAME INTERACTIVE CONTROL FLOOR PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-26-2001; IN COMMERCE 3-26-2001.

OWNER OF U.S. REG. NOS. 1,815,350, 1,816,354, AND OTHERS.

THE MARK CONSISTS OF A FLAG DESIGN. THE UPPER LEFT PORTION OF THE FLAG IS RED, THE LOWER LEFT PORTION IS BLUE, THE UPPER RIGHT PORTION IS GREEN, AND THE LOWER RIGHT PORTION IS YELLOW. COLOR IS CLAIMED AS PART OF THE MARK.

Exhibit 5 Page 22

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

## CV10- 963 PA (AGRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Audra M Mori/Katherine M. Dugdale
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MICROSOFT CORPORATION, a Washington corporation | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v. | **CV10 0963 PA (AGRx)** |
| NANO ELECTRONICS, INCORPORATED, a California corporation d/b/a COMPLETE COMPUTER CURE; RAHIM BIDGOLI, an individual, and BEHZAD TOUBIAN, an individual a/k/a BEN TOUBIAN | **SUMMONS** |
| DEFENDANT(S). | |

TO:    DEFENDANT(S): _____
_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Katherine M. Dugdale_____, whose address is _Perkins Coie LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

**CHRISTOPHER POWERS**

Dated: February 9, 2010_____        By: _____
                                                          Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    **SUMMONS**

CONFORMED COPIES

Name & Address:
Audra M Mori/Katherine M. Dugdale
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION, a Washington corporation

           **PLAINTIFF(S)**

v.

NANO ELECTRONICS, INCORPORATED, a California corporation d/b/a COMPLETE COMPUTER CURE; RAHIM BIDGOLI, an individual, and BEHZAD TOUBIAN, an individual a/k/a BEN TOUBIAN

           **DEFENDANT(S).**

CASE NUMBER

# CV10 0963 APA (AGRx)

**SUMMONS**

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, __Katherine M. Dugdale_____, whose address is __Perkins Coie LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067__.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

**CHRISTOPHER POWERS**

Dated: __February 9, 2010_____

By: _____

           Deputy Clerk

           *(Seal of the Court)* **SEAL**

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

CONFORMED COPIES

**(a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MICROSOFT CORPORATION, a Washington corporation

**DEFENDANTS**
NANO ELECTRONICS, INCORPORATED, a California corporation d/b/a COMPLETE COMPUTER CURE; RAHIM BIDGOLI, an individual, and BEHZAD TOUBIAN, an individual a/k/a BEN TOUBIAN

**b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Audra M Mori/Katherine M. Dugdale, Perkins Coie LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067 (310) 788-9900

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:    JURY DEMAND:** ☐ Yes    ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes    ☑ No          ☐ MONEY DEMANDED IN COMPLAINT: $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement(17 USC § 501); Federal Trademark Infringement(15 USC § 1114); False Designation of Origin, False Description and False Representation (15 USC § 1125)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | FORFEITURE / PENALTY | |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

## CV10 0963

**FOR OFFICE USE ONLY:**    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                    CIVIL COVER SHEET                                    Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): 04cv-0448 ABC (AJWx)

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☑ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California, or Foreign Country |
|---|---|
| King County, Washington | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California, or Foreign Country |
|---|---|
| All Defendants reside in Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California, or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____    Date February 9, 2010

Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |