| | |
|---|---|
| 1 | Audra M. Mori, Bar No. 162850 |
|   | AMori@perkinscoie.com |
| 2 | Katherine M. Dugdale, Bar No. 168014 |
|   | KDugdale@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 1888 Century Park E., Suite 1700 |
| 4 | Los Angeles, CA  90067-1721 |
|   | Telephone:  310.788.9900 |
| 5 | Facsimile:  310.788.3399 |
| 6 | Attorneys for Plaintiff |
|   | MICROSOFT CORPORATION |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | | Case No. 10-CV-0963 ABC (RCx) |
| | Plaintiff, | |
| v. | | [~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL OF DEFENDANTS WITH PREJUDICE |
| NANO ELECTRONICS, INCORPORATED, a California corporation d/b/a COMPLETE COMPUTER CURE; RAHIM BIDGOLI, an individual, and BEHZAD TOUBIAN, an individual a/k/a BEN TOUBIAN, | | |
| | Defendants. | |

Pursuant to the stipulation of the parties and good cause appearing therefore, Defendants Nano Electronics, Inc., a California corporation d/b/a Complete Computer Cure, Rahim Bidgoli, an individual, and Behzad Toubian, an individual a/k/a Ben Toubian ("Defendants"), are hereby dismissed with prejudice from Plaintiff Microsoft Corporation's ("Microsoft") Complaint pursuant to Rule 41(a) of

41826-5313/LEGAL19940200.1

1   the Federal Rules of Civil Procedure, with each party to bear their own costs and
2   attorneys' fees.
3       IT IS SO ORDERED.
4
5   Dated: 1/11/2011                 _____
6                                   HON. AUDREY B. COLLINS
                                United States District Court Judge